AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

PERCY LAVAE BACON,

    Petitioner,         JUDGMENT IN A CIVIL CASE

v.

                    CASE NUMBER:  **2:16-cv-02881-KJD-GWF**

BRIAN WILLIAMS, et al.,

    Respondent(s).

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.
**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

December 19, 2016                                                      **LANCE S. WILSON**
                                                                                             Clerk


                                                                                              /s/ K. Rusin
                                                                                             Deputy Clerk